**OFFICE OF OPEN RECORDS (Casey GROVE), Respondents**

**No. 801 MAL 2015**

Supreme Court of Pennsylvania.

December 19, 2017

## ORDER

PER CURIAM

**AND NOW,** this 19th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Robert Peter GILL, Jr., Petitioner**

**No. 160 WAL 2017**

Supreme Court of Pennsylvania.

December 20, 2017

## ORDER

PER CURIAM

**AND NOW,** this 20th day of December, 2017, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** Petitioner's first issue, as stated by Petitioner:

Whether absent of finding the Court of Common Pleas acted with manifest unreasonableness, partiality, prejudice, bias, or ill-will, the Superior Court of Pennsylvania erred in finding evidence of another burglary committed against the same victim, at the same location, also without the use of forcible entry, and also utilizing the same key to unlock the same lock box containing the same alleged amount of money taken from the same victim (3) years after the instant alleged burglary is not relevant to the defense of the crime for which Petitioner is charged and tends to prove a common scheme, plan, or design rendering the evidence admissible as evidence of similar crimes, behaviors, and/or acts[.]

The Petition for Allowance of Appeal is **DENIED** in all other respects.

**George CLARITT, Petitioner**

v.

**DEPARTMENT OF CORRECTIONS, Respondent**

**No. 277 WAL 2017**

Supreme Court of Pennsylvania.

December 20, 2017

## ORDER

PER CURIAM

**AND NOW,** this 20th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**